LANKFORD, State Bank Com'r v. HITE.

No. 3331—Opinion Filed Dec. 24, 1918.

(176 Pac 736.)

(Syllabus.)

Liability of Stockholder — Extent — Trust Company.

(The same as in Case No. 3330, Lankford v. Menefee, 45 Okla. 228, 145 Pac. 375.)

Error from District Court, Caddo County; J. T. Johnson, Judge.

Action by J. D. Lankford, State Bank Commissioner, against Boone D. Hite. Judgment for defendant, and plaintiff brings error. Petition for rehearing granted, and judgment affirmed.

Stuart, Cruce & Gilbert, for plaintiff in error.

McKnight & Heskett, for defendant in error.

PER CURIAM. The issues in this case and all the questions presented for consideration, are identical with the issues and questions presented in the case of J. D. Lankford, State Bank Commissioner, v. J. A. Menefee, 45 Okla. 228. 145 Pac. 375, and are in all respects controlled by the decision in that case.

Therefore the petition for rehearing is granted, and the judgment of the lower court affirmed.